AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

NIDA NOOR and WASI TAHIR,

*Plaintiff(s)*

v.

Synchrony Bank, Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America, and Bader M. Obeid

*Defendant(s)*

Civil Action No. 3:26-cv-2500-O

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bader M. Obeid can be found at 627 Alexandra Avenue, Richardson, Texas 75081

or at 2305 E. Beld Line Rd., Ste 120, Carrollton, Texas 75006 or

wherever he may be found..

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Beth Clark Ciment Law Firm
400 E Weatherford St.,
Fort Worth, TX 76102
833-663-3289
amy@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/7/2026

SERVICE RETURN ATTACHED

s/ N. Taylor

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

Case 3:26-cv-02500-O Document 6-2 Filed 08/07/26 Page 2 of 2 PageID 34



Civil Action No. 26-2500

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

SERVICE RETURN ATTACHED

______________________
*Printed name and title*

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703
______________________
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
(Norther District of Texas)

| | | |
|---|---|---|
| **Nida Noor, et al** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CAUSE NO. 3:26-CV-02500-O** |
| | § | |
| **Synchrony Bank, et al** | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Michael E. Wigginton** who, being by me duly sworn, deposed and said:

"The following came to hand on **August 10, 2026, 10:22 am,**

**SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND DEMAND FOR JURY TRIAL,**

and was executed at **2305 East Belt Line Road Suite 120, Carrollton, TX 75006** within the county of **Dallas** at **02:33 PM** on **Monday, August 10 2026,** by delivering a true copy to the within named

**BADER M. OBEID**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Michl E Wiggt

**Michael E. Wigginton**
**Certification Number: PSC-3613**
**Certification Expiration: 6/30/2026**

**BEFORE ME,** a Notary Public, on this day personally appeared **Michael E. Wigginton,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON 8/12/2026**

MELANIE A LOCKET
Notary ID #2432629
My Commission Expires
June 30, 2030

Melanie A. Lockett

Notary Public, State of Texas