Case 3:26-cv-02500-O Document 6-1 Filed 08/07/26 Page 1 of 2 PageID 31

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

NIDA NOOR and WASI TAHIR,

*Plaintiff(s)*

v.

Synchrony Bank, Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America, and Bader M. Obeid

*Defendant(s)*

Civil Action No. 3:26-cv-2500-O

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America can be served by service on its registered agent, Bader M. Obeid at 2305 E. Beltline Rd, Ste 120, Carrollton, Texas 75006.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Beth Clark
Ciment Law Firm
400 E Weatherford St.,
Fort Worth, TX 76102
T:833-663-3289
amy@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SERVICE RETURN ATTACHED

CLERK OF COURT

Date: 8/7/2026

s/ N. Taylor

*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-2500

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

SERVICE RETURN ATTACHED

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:26-CV-02500-O

Plaintiff: **Nida Noor et al.**
vs.
Defendant: **Synchrony Bank, et al.**

For: Ciment Law Firm, PLLC (Fort Worth)

Received by Michael E. Wigginton on the 10th day of August, 2026 at 9:30 am to be served on **Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America by serving its registered agent, Bader M. Obeid, 2305 E. Beltline Rd, Ste 120, Carrollton, Dallas County, TX 75006.** I, Michael E Wigginton being duly sworn, depose and say that on the 10th day of August, 2026 at 2:33 pm., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint and Demand for Jury Trial** in accordance with state statutes in the manner marked below:

(✓) CORPORATE SERVICE: By delivering to Bader M. Obeid (individual accepting) as Registered Agent (title), at 2305 E. Beltline Rd (street), Carrollton (city), TX (state) 75006 (zip code) Dallas (county). Suite 120

( ) PUBLIC AGENCY: By delivering to ________ (individual accepting) as ________ (title) of the within-named agency at ________ (street), ________ (city), ________ (state) ________ (zip code) ________ (county).

( ) SUBSTITUTE SERVICE: By delivering to ________ (individual accepting) as ________ (relationship/title) at ________ (street), ________ (city), ________ (state) ________ (zip code) ________ (county).

( ) GOVERNMENT AGENCY: By delivering to ________ (individual accepting) as ________ (title) of the within-named agency at ________ (street), ________ (city), ________ (state) ________ (zip code) ________ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** ________

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 12th day of August, 2026 by the affiant who is personally known to me.

Melanie A. Locket
NOTARY PUBLIC

MELANIE A LOCKET
Notary ID #2432629
My Commission Expires
June 30, 2030

[signature]
PROCESS SERVER # PSC#3613
Appointed in accordance with State Statutes
Exp 6/30/2028

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: 2026009864
Ref: Nida Noor et al.

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0e