Case 3:26-cv-02500-O Document 6 Filed 08/07/26 Page 1 of 2 PageID 29

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT
Dallas Division

NIDA NOOR and WASI TAHIR,

*Plaintiff(s)*

v.

Synchrony Bank, Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America, and Bader M. Obeid

*Defendant(s)*

Civil Action No. 3:26-cv-2500-O

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Synchrony Bank can be served at mailing address registered with the Texas State Comptroller of: P.O. Box 120608, Saint Paul, MN 55112-0012 or at 170 West Election Road, Suite 125, Draper, Utah 84020.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Beth Clark
Ciment Law Firm
400 E Weatherford St.,
Fort Worth, TX 76102
T:833-663-3289
amy@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/7/2026

s/N. Taylor

*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

SERVICE RETURN ATTACHED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-2500

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify):*

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

SERVICE RETURN ATTACHED

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Texas

Case Number: 3:26-CV-02500-O

Plaintiff: **NIDA NOOR and WASI TAHIR,**
vs.
Defendant: **SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,**

For:
CIMENT LAW FIRM, PLLC
400 E. WEATHERFORD ST.
FORT WORTH, TX 76102

Received by ANDREA LAMBROS on the 11th day of August, 2026 at 5:01 pm to be served on **SYNCHRONY BANK, 170 WEST ELECTION ROAD, SUITE 125, DRAPER, UT 84020**

I, ANDREA LAMBROS, being duly sworn, depose and say that on the **13th day of August, 2026** at **11:22 am, I:**

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL;** with the date and hour of service endorsed thereon by me to **NATHAN HARRIS** as AUTHORIZED LEGAL AGENT of the within named corporation, at the address of: **170 WEST ELECTION ROAD, SUITE 125, DRAPER, UT 84020** and informed the said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
NATHAN HARRIS

Age: 52, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 240, Hair: BLACK, Glasses: N

I am over the age of 18 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.

HEIDI ANDERSON
Notary Public, State of Utah
Commission # 741235
My Commission Expires
01/24/29

Subscribed and Sworn to before me on the 14th day of August, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA LAMBROS
Process Server

**ATX PROCESS, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: AND-2026004394
Ref: 2026009862

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e