ORIGINAL

FILED-USDC-NDTX-DA
'26 AUG 31 PM1:56

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

NIDA NOOR and WASI TAHIR, Plaintiffs,
v.
SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID, Defendants.

Civil Action No. 3:26-cv-02500-O

## DEFENDANT BADER M. OBEID'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Bader M. Obeid, appearing pro se solely on his own behalf, respectfully moves for an extension of time to answer or otherwise respond to Plaintiffs' Complaint.

1. Plaintiffs filed this action on July 28, 2026. Defendant Obeid was served with the summons and Complaint on August 10, 2026.

2. Defendant Obeid's current deadline to answer or otherwise respond is August 31, 2026.

3. Defendant Obeid is not an attorney and is actively seeking counsel to evaluate the claims and prepare an appropriate response.

4. This is Defendant Obeid's first request for an extension. The request is made before expiration of the current deadline and is not made for purposes of delay.

5. Defendant Obeid respectfully requests an additional fifteen (15) days, through September 15, 2026, to answer or otherwise respond to Plaintiffs' Complaint.

6. Plaintiffs, through counsel Amy Beth Clark, have agreed to the requested fifteen (15) day extension. Accordingly, this motion is unopposed.

7. This motion is filed by Defendant Obeid only in his individual capacity. Defendant Obeid does not purport to appear as legal counsel for Kenan Investments Inc. or any other defendant.

WHEREFORE, Defendant Bader M. Obeid respectfully requests that the Court extend his deadline to answer or otherwise respond to Plaintiffs' Complaint through September 15, 2026, and grant such other relief as the Court deems appropriate.

/s/ Bader M. Obeid
Bader M. Obeid, Pro Se
2305 E. Belt Line Rd., Ste. 120
Carrollton, Texas 75006
Telephone: 972-418-6606
Email: bader@cmaflooring.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Plaintiffs' counsel, Amy Beth Clark, regarding the relief requested in this motion. Plaintiffs' counsel agreed to a fifteen (15) day extension. Accordingly, the motion is unopposed.

## CERTIFICATE OF SERVICE

I certify that on August 31, 2026, I served a copy of this motion on Plaintiffs' counsel, Amy Beth Clark, at amy@cimentlawfirm.com by email and by any additional method required by applicable rules.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

NIDA NOOR and WASI TAHIR, Plaintiffs,

v.

SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID, Defendants.

Civil Action No. 3:26-cv-02500-O

**ORDER**

Before the Court is Defendant Bader M. Obeid's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. The motion is GRANTED.

Defendant Bader M. Obeid's deadline to answer or otherwise respond to Plaintiffs' Complaint is extended through September 15, 2026.

SO ORDERED.

Signed this _____ day of __________________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE