**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NIDA NOOR and WASI TAHIR,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:26-cv-2500-O** |
| | § | |
| **SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,** | § § § § § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT SYNCHRONY BANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Synchrony Bank ("Synchrony") files this Unopposed Motion for Extension of Time to File a Response to Plaintiffs Nida Noor and Wasi Tahir's Original Complaint (the "Complaint") until September 18, 2026, and in support thereof states as follows:

1. Defendant was served on August 13, 2026, making its initial deadline to respond to the Complaint September 3, 2026.

2. Counsel for Defendant and Plaintiffs conferred and Plaintiffs agree to a 15-day extension for Defendant to file a response to the Complaint, through and including September 18, 2026.

3. Defendant needs additional time to investigate the claims alleged and prepare an appropriate response. This is the first extension of time requested in this case.

4. This request is not sought for delay, but so that justice may be done. The relief requested herein is for good cause and will not result in undue delay in the administration of this case.

5. A proposed order granting the requested relief has been filed contemporaneously with this Motion.

6. For the reasons stated herein, Defendant Synchrony Bank respectfully requests that the Court grant this Motion, and that it extends Defendant's deadline to file a response to the Complaint by 15 days, until September 18, 2026.

Dated: September 2, 2026

Respectfully Submitted,

*/s/ Justin R. Opitz*
**Justin R. Opitz,** SBN: 24051140
jopitz@mcguirewoods.com
**Joel S. Allen,** SBN 00795069
jallen@mcguirewoods.com
**MCGUIREWOODS LLP**
2601 Olive Street, Ste. 2100
Dallas, Texas 75201
T: 214-932-6400
F: 214-932-6499

**ATTORNEYS FOR DEFENDANT SYNCHRONY BANK**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant communicated with counsel for Plaintiffs regarding the relief requested in this Motion and Plaintiffs are unopposed to the request.

*/s/ Justin R. Opitz*
Justin R. Opitz

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 2, 2026 a true and correct copy of the foregoing document was electronically filed with the clerk of the United States District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys registered for service in the Court's ECF system for this case.

*/s/ Justin R. Opitz*
Justin R. Opitz