**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NIDA NOOR and WASI TAHIR,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:26-CV-2500-O** |
| | § | |
| **SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,** | § § § § § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendant Bader M. Obeid's Unopposed Motion for Extension of Time to Respond to the Complaint (ECF No. 10). This Court has reviewed the Motion and, noting it is unopposed, **GRANTS** Defendant's Motion (ECF No. 10). Defendant's deadline to respond is hereby extended to **September 15, 2026**.

**SO ORDERED** on this **3rd day** of **September, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE