**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NIDA NOOR and WASI TAHIR,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:26-cv-2500-O** |
| | § | |
| **SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,** | § § § § § § | |
| | § | |
| **Defendants.** | § | |

**<u>DEFENDANT SYNCHRONY BANK'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT</u>**

Defendant Synchrony Bank ("Synchrony") files this Second Unopposed Motion for Extension of Time to File a Response to Plaintiffs Nida Noor and Wasi Tahir's Original Complaint (the "Complaint"), and in support thereof, states the following:

1. Defendant was served on August 13, 2026, making its initial deadline to respond to the Complaint September 3, 2026.

2. On September 2, 2026. Synchrony filed an Unopposed Motion for Extension of Time to Respond to the Complaint. Dkt. 11.

3. On September 3, 2026, this Court granted Synchrony's motion extending the deadline for Synchrony to file its response to September 18, 2026. Dkt. 12.

4. Synchrony requests that its deadline to file a responsive pleading to the Complaint be extended for a period of 21 additional days, until October 9, 2026.

5. The parties have continued settlement discussions and are hopeful a resolution can be reached before incurring costs associated with a responsive pleading. Given the pendency of

the parties' settlement discussions, the relief sought in this Motion is not sought to delay, but so that justice may be done.

6. Counsel for Synchrony has conferred with Counsel for Plaintiffs regarding the relief sought in this Motion. Plaintiffs are unopposed to Synchrony's requested relief.

7. A proposed order granting the requested relief has been filed contemporaneously with this Motion.

8. For the reasons stated herein, Defendant Synchrony Bank respectfully requests that the Court grant this Motion, and that it extends Defendant's deadline to file a response to the Complaint by 21 days, until October 9, 2026.

Dated: September 14, 2026

Respectfully Submitted,

*/s/ Justin R. Opitz*

**Justin R. Opitz,** SBN: 24051140
jopitz@mcguirewoods.com
**Joel S. Allen,** SBN 00795069
jallen@mcguirewoods.com
**MCGUIREWOODS LLP**
2601 Olive Street, Ste. 2100
Dallas, Texas 75201
T: 214-932-6400
F: 214-932-6499

**ATTORNEYS FOR DEFENDANT SYNCHRONY BANK**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant communicated with counsel for Plaintiffs regarding the relief requested in this Motion and Plaintiffs are unopposed to the request.

*/s/ Justin R. Opitz*
Justin R. Opitz

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 14, 2026 a true and correct copy of the foregoing document was electronically filed with the clerk of the United States District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys registered for service in the Court's ECF system for this case.

*/s/ Justin R. Opitz*
Justin R. Opitz