**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NIDA NOOR and WASI TAHIR,** <br><br> ***Plaintiffs*****,** <br><br> **v.** <br><br> **SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,** <br><br> ***Defendants*****.** | § § § § § § § § § § § § § | **CIVIL ACTION NO. 3:26-cv-2500-O** |

**ORDER GRANTING DEFENDANT'S SECOND**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

ON THIS MATTER, having come before the Court on Defendant Synchrony Bank's Second Unopposed Motion for Extension of Time to Respond to Plaintiffs' Original Complaint, the Court finds that good cause exists to extend the deadline.

**IT IS, THEREFORE, ORDERED** that Defendant Synchrony Bank's deadline to respond to Plaintiffs' Complaint is extended through and including October 9, 2026.

**SO ORDERED on this the ____ day of _____________, 2026.**

_________________________________
UNITED STATES DISTRICT JUDGE