**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NIDA NOOR and WASI TAHIR,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:26-CV-2500-O** |
| | § | |
| **SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,** | § § § § § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendant Synchrony Bank's Second Unopposed Motion for Extension of Time to Respond (ECF No. 14). This Court has reviewed the Motion and, noting it is unopposed, **GRANTS** Defendant's Motion. Parties' deadline to respond is hereby extended to **October 9, 2026**.

**SO ORDERED** on this **15th day** of **September, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE