**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NIDA NOOR and WASI TAHIR,<br><br>Plaintiffs,<br><br>v.<br><br>SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-cv-02500-O |

**DEFENDANTS KENAN INVESTMENTS INC. AND BADER M. OBEID'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

TO THE HONORABLE COURT:

Defendants Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America ("Kenan") and Bader M. Obeid ("Obeid") (together, "Defendants"), through undersigned counsel, move under Federal Rule of Civil Procedure 6(b)(1)(B) for an extension of their time to answer or otherwise respond to Plaintiffs' Complaint through September 25, 2026. Plaintiffs, through counsel, have agreed to the requested extension, and the motion is unopposed. In support, Defendants show as follows:

1. Plaintiffs filed this action on July 28, 2026 (ECF No. 1). Plaintiffs' returns reflect that Kenan and Obeid were each served on August 10, 2026 (ECF Nos. 7, 8), making their responses due August 31, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

2. On August 31, 2026, Obeid, who is not a lawyer, filed a pro se motion for a fifteen-day extension, representing that he was actively seeking counsel (ECF No. 10 ¶ 3). The motion

stated that it was filed in his individual capacity only and that he did not purport to appear for Kenan (ECF No. 10 ¶ 7). The Court granted the motion and extended Obeid's deadline to September 15, 2026 (ECF No. 13). No extension was sought or entered for Kenan, which, as a corporation, may appear only through licensed counsel. Co-defendant Synchrony Bank's deadline to respond has been extended to October 9, 2026 (ECF No. 15).

3. Obeid continued to seek counsel after filing his motion and, on September 17, 2026, retained AMS Law Group, PLLC to represent both Kenan and himself. Undersigned counsel filed a notice of appearance for both Defendants on September 18, 2026 .Separate Original Answers and Affirmative Defenses for Kenan and for Obeid have been filed on or before September 25, 2026.

4. On September 17, 2026, undersigned counsel conferred by email with Amy Beth Clark, counsel for Plaintiffs, who confirmed that Plaintiffs agree to an extension of both Defendants' deadline through September 25, 2026.

5. Because Defendants' deadlines have passed, Rule 6(b)(1)(B) permits the Court to extend the time on a showing of good cause and excusable neglect. That determination is "at bottom an equitable one, taking account of all relevant circumstances," including prejudice to the opposing party, the length of the delay and its effect on the proceedings, the reason for the delay, and the movant's good faith. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 395 (1993); *Halicki v. La. Casino Cruises, Inc.,* 151 F.3d 465, 469 (5th Cir. 1998). Each consideration supports the requested extension. Plaintiffs have agreed to it and have not sought entry of default. The delay is short (eighteen days for Kenan and three days for Obeid as of the date of this motion), the case is at its inception

with no scheduling order, no Rule 26(f) conference, and no discovery, and Synchrony Bank's response is not due until October 9, 2026, so the requested extension delays nothing. The delay resulted from an unrepresented defendant's mistaken belief that his pro se filing had addressed the lawsuit for himself and his company while he found a lawyer, and it was corrected within a day of counsel's retention. Defendants have acted in good faith throughout: Obeid sought relief before his original deadline expired, disclosed to the Court that he was seeking counsel, and retained counsel, and counsel appeared promptly. See *Lacy v. Sitel Corp.,* 227 F.3d 290, 292 (5th Cir. 2000) (default judgments are disfavored and resolution on the merits is preferred).

6. This is the first request for an extension by Defendants through counsel and the first request of any kind on behalf of Kenan. The request is not made for purposes of delay.

## PRAYER

Defendants respectfully request that the Court grant this unopposed motion, extend the deadline for Kenan Investments Inc. and Bader M. Obeid to answer or otherwise respond to Plaintiffs' Complaint through September 25, 2026, and deem any answer or other response filed by either Defendant on or before that date timely. Defendants request such other relief to which they may be entitled.

Dated: September 25, 2026.

Respectfully submitted,

AMS LAW GROUP, PLLC

*/s/ Sam Almasri*
Sam Almasri
State Bar No. 24053071
811 S. Central Expressway, Suite 600
Richardson, Texas 75080
Telephone: (888) 960-8363
Facsimile: (888) 960-8361
Email: sam@amslawgrp.com

**ATTORNEY FOR DEFENDANTS KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA AND BADER M. OBEID**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), I certify that on September 17, 2026, I conferred by email with Amy Beth Clark, counsel for Plaintiffs, regarding the relief requested in this motion. Ms. Clark stated that Plaintiffs agree to the requested extension through September 25, 2026. On September 18, 2026, I also conferred by email with Justin R. Opitz, counsel for Defendant Synchrony Bank, who stated that Synchrony Bank is unopposed to the motion. The motion is therefore unopposed.

*/s/ Sam Almasri*
Sam Almasri

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2026, a true and correct copy of the foregoing Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record, including Amy Beth Clark, Ciment Law Firm, PLLC (amy@cimentlawfirm.com), counsel for Plaintiffs, and Justin R. Opitz, McGuireWoods LLP (jopitz@mcguirewoods.com), counsel for Defendant Synchrony Bank.

*/s/ Sam Almasri*
Sam Almasri