**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NIDA NOOR and WASI TAHIR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:26-cv-02500-O |
| SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID, | § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America and Bader M. Obeid's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. The Court has reviewed the Motion and, noting that it is unopposed and finding good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), GRANTS the Motion.

It is ORDERED that the deadline for Defendants Kenan Investments Inc. and Bader M. Obeid to answer or otherwise respond to Plaintiffs' Complaint is extended to September 25, 2026, and that any answer or other response filed by either of those Defendants on or before that date is deemed timely.

SO ORDERED on this ______ day of September, 2026.

_________________________________
REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE