**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NIDA NOOR and WASI TAHIR,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:26-CV-2500-O** |
| | § | |
| **SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA, and BADER M. OBEID,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is the Parties' Stipulation to Arbitrate and Stay Proceedings (ECF No. 19). Having reviewed the Stipulation, the Court **GRANTS** the Parties' request to stay proceedings. Accordingly, Plaintiffs' claims against Synchrony are hereby **STAYED** pending the completion or termination of arbitration. Synchrony's deadline to answer or otherwise respond to the Complaint is **VACATED** while the stay remains in effect. Plaintiffs are **ORDERED** to file a notice with the Court within thirty days of the filing of the Stipulation confirming that arbitration has commenced or, alternatively, advising the Court that their claims against Synchrony have been resolved.

**SO ORDERED** on this **26th day** of **October, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE