**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

NIDA NOOR and WASI TAHIR,

*Plaintiffs,*

v.

SYNCHRONY BANK, KENAN INVESTMENTS INC. d/b/a CMA FLOORING & DESIGN d/b/a CARPET MILLS OF AMERICA and BADER M. OBEID,

*Defendants.*

Civil Action No.: 3:26-cv-02500-O

**PLAINTIFFS' NOTICE OF COMMENCEMENT OF ARBITRATION**

Plaintiffs Nida Noor and Wasi Tahir ("Plaintiffs"), pursuant to Paragraph 8 of the Agreed Stipulation and [Proposed] Order to Arbitrate and Stay Claims Against Defendant Synchrony Bank (ECF No. 19) and the Court's Order of October 26, 2026 (ECF No. 20), hereby notify the Court that they have commenced arbitration of their claims against Defendant Synchrony Bank ("Synchrony").

On October 7, 2026, Plaintiffs filed a Demand for Arbitration with JAMS under the JAMS Comprehensive Arbitration Rules and Procedures. JAMS assigned the matter JAMS Arbitration No. 5425006508. Plaintiffs served the Demand on counsel for Synchrony by email the same day, and Synchrony has since appeared in the arbitration through counsel.

As provided in the Stipulation and the Court's Order, Plaintiffs' claims against Synchrony remain stayed pending the completion or termination of the arbitration. Plaintiffs' claims against Defendants Kenan Investments Inc. d/b/a CMA Flooring & Design d/b/a Carpet Mills of America and Bader M. Obeid are not affected by the stay and remain pending before this Court.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Amy Beth Clark*
Amy Beth Clark
Texas State Bar No. 24043761
Ciment Law Firm, PLLC
400 E. Weatherford St.
Fort Worth, Texas 76102
T: (833) 663-3289
F: (855) 855-9830
E: amy@cimentlawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Amy Beth Clark*
Amy Beth Clark